# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO SANCHEZ BANUELOS,<br><br>Defendant. | Case No. 25-mj-70193NC<br><br>**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT** |

On October 2, 2025, the Government moved to dismiss the federal Complaint against defendant Mario Sanchez Banuelos with prejudice under Federal Rule of Criminal Procedure 48(a). With leave of Court, the motion is GRANTED and this case is dismissed. Banuelos is ordered released from custody for the charge in this case. The Government represented that Banuelos will be transferred to state custody to face charges in a different criminal case. The Clerk of Court shall close this file.

IT IS SO ORDERED.

Date: October 3, 2025

_____
Nathanael M. Cousins
United States Magistrate Judge